No. 78–6084. BLANKENSHIP v. McCARLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6085. THOMAS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78–6092. JONES v. MORRIS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 78–6094. JONES v. CARDWELL, PRISON SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 78–6097. GREEN v. WHITE. C. A. 8th Cir. Certiorari denied.

No. 78–6110. ROSHER v. WAINWRIGHT, DIRECTOR, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 78–6111. KING v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 78–6112. HOLLIMAN v. HARGETT, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6113. DENNIS v. WAINWRIGHT, DIRECTOR, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 78–6114. RICHARD v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78–6115. AWKARD v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 78–6119. GALE v. HARRIS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.